NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

GUCOVSCHI LAW FIRM, PLLC.
Adrian Gucovschi (SBN 360988)
140 Broadway, Fl. 46
New York, NY 10005

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE VARELA,<br><br>Plaintiff(s),<br>v.<br>TASTE SALUD, INC.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-02822<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff, Diane Varela_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| TASTE SALUD, INC. | Defendant |

December 22, 2025                           /s/ Adrian Gucovschi
Date                                                  Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Diane Varela