Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
165 Broadway, 23rd Floor
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE VARELA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TASTE SALUD, INC., <br><br> Defendant. | Case No.: 8:25-cv-02822-JWH-DFM <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

# <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Diane Varela, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Taste Salud, Inc. without prejudice.

Dated:       May 5, 2026                      Respectfully submitted,

                                        By:   */s/ Adrian Gucovschi*

                                        Adrian Gucovschi (SBN 360988)

                                        **GUCOVSCHI LAW FIRM, PLLC.**
                                        165 Broadway, 23rd Floor
                                        New York, NY 10006
                                        Telephone: (212) 884-4230
                                        Facsimile: (212) 884-4230
                                        E-Mail: adrian@gucovschilaw.com

                                        **-and-**

                                        **HEDIN LLP**
                                        Frank S. Hedin (SBN 291289)
                                        1395 Brickell Ave., Suite 610
                                        Miami, Florida 33131-3302
                                        Telephone: (305) 357-2107
                                        Facsimile: (305) 200-8801
                                        E-Mail: fhedin@hedinllp.com